UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY C. JONES, | ) | 1:07-CV-0186 OWW WMW PC |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| P. L. VASQUEZ, et al., | ) | (DOCUMENT #6) |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 26, 2007, plaintiff filed a motion to extend time to submit an application to proceed in forma pauperis. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to submit the application to proceed in forma pauperis or pay filing fee.

IT IS SO ORDERED.

**Dated:   April 10, 2007**           /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE