KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Rodney Calvin Jones, ) No. CV 1-07-186-FRZ
)
    Plaintiff, ) **ORDER**
)
vs. )
)
Patricia L. Vasquez, et al., )
)
    Defendants. )
)

    Plaintiff Rodney Calvin Jones, who is confined in the Ironwood State Prison in Blythe, California, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983. Plaintiff subsequently filed an Amended Complaint and a Second Amended Complaint.

    By Order filed January 30, 2009, the Court dismissed the Second Amended Complaint and this action. Judgment was entered on January 30, 2009 (Doc. #23). On March 2, 2009, Plaintiff filed a Motion for Extension of Time to File a Notice of Appeal (Doc. #24).

    Pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure,

> [t]he district court may extend the time to file a notice of appeal if:
>     (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
>     (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by the Rule 4(a) expires, that party shows excusable neglect or good cause.

Rule 4(a)(5) of the Federal Rules of Appellate Procedure.

    Plaintiff filed his Motion for Extension of Time within the 30-day time limit. Plaintiff states that he needs an additional 30 days to file a Notice of Appeal because he has been

| | |
|---|---|
| 1 | placed in administrative segregation and does not presently have any of his legal papers or |
| 2 | documents and has no access to the law library. Good cause shown, the Court will grant |
| 3 | Plaintiff's Motion and will extend, by 30 days, the time for Plaintiff to file a Notice of |
| 4 | Appeal. |
| 5 | **IT IS ORDERED** that Plaintiff's March 2, 2009 Motion for Extension of Time to |
| 6 | File a Notice of Appeal (Doc. #24) is **granted**. Plaintiff has **30** additional days from the time |
| 7 | prescribed by Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure within which to |
| 8 | file a Notice of Appeal. |
| 10 | DATED this 10th day of March, 2009. |

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge